# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Eugene R. Chesick, | : | Bankruptcy No. 21-21229-JAD |
| | : | |
| Debtor. | : | |
| _____ | : | Chapter 13 |
| Eugene R. Chesick, | : | |
| | : | |
| Movant, | : | |
| | : | Related to Doc. #17 |
| v. | : | |
| | : | |
| No Respondents | : | |
| | : | |

### ORDER EXTENDING TIME TO FILE SCHEDULES, PLAN, STATEMENT OF AFFAIRS, DECLARATION REGARDING ELECTRONIC FILING AND RELATED DOCUMENTS

AND NOW, upon consideration of Debtor's Motion for Order Extending Time to File Schedules, Plan, Statement of Financial Affairs, Declaration Re: Electronic Filing and other Related Documents, it is hereby ORDERED, ADJUDGED and DECREED that the deadline for Debtor to file her schedules, plan, statement of financial affairs, Attorney Disclosure Statement, Employee Income Record, Declaration Re: Electronic Filing, Summary of Schedules and other related documents is hereby extended to June 16, 2021. It is further ORDERED that this Order is entered without prejudice to the Debtor's right to seek further extensions of such deadline, should circumstances so require.

Dated: _____6/3/2021_____

_____  sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
6/3/21 7:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 21-21229-JAD

Eugene R. Chesick                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dkam | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

**Recip ID       Recipient Name and Address**
db         +   Eugene R. Chesick, 3889 Mayfair Street, Pittsburgh, PA 15204-1043

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021                 Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

**Name                  Email Address**

Brian C. Thompson
         on behalf of Debtor Eugene R. Chesick bthompson@ThompsonAttorney.com
         blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Keri P. Ebeck
         on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com   jbluemle@bernsteinlaw.com

Maria Miksich
         on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of
         CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3 mmiksich@kmllawgroup.com

Office of the United States Trustee
         ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
         cmecf@chapter13trusteewdpa.com

District/off: 0315-2                          User: dkam                                    Page 2 of 2
Date Rcvd: Jun 03, 2021                       Form ID: pdf900                               Total Noticed: 1
TOTAL: 5