IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
                                                    )
EUGENE R. CHESICK,                                  )         Bankruptcy Case No. 21-21229
      Debtor                                        )
                                                    )         Chapter 13
                                                    )

ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO:    Clerk of Courts

SIR:

    Please enter our appearance on behalf of Peoples Natural Gas Company, LLC in the above captioned matter. We request copies of further Notices and Orders in accord with the attached Declaration.

    Please enter the address below as the mailing address for this creditor. All notices should be mailed to the following address:

**Peoples Natural Gas Company, LLC**
**c/o GRB Law**
**437 Grant Street, 14th Floor**
**Pittsburgh, Pa. 15219-6107**

Executed on:
<u>June 10, 2021</u>.

                GRB Law
                Attorneys for Peoples Natural Gas Company, LLC

By:    <u>/s/S. James Wallace</u>
        S. James Wallace
        Pa I.D. No. 28815
        jwallace@grblaw.com

        Jeffrey R. Hunt
        Pa. I.D. No. 90342
        jhunt@grblaw.com

        437 Grant Street, 14th Floor
        Pittsburgh, Pa. 15219-6107
        412-281-0587

<u>DECLARATION IN LIEU OF AFFIDAVIT</u>
Regarding Request To Be Added to the Mailing Matrix

I am the Attorney for Peoples Natural Gas Company, LLC, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

( X )    that there are no other requests to receive notices on behalf of this creditor, or

(   )    that any prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.
<u>Executed on June 10, 2021.</u>

                GRB Law
                Attorneys for Peoples Natural Gas Company, LLC

By:    <u>/s/S. James Wallace</u>
       S. James Wallace
       Pa I.D. No. 28815
       jwallace@grblaw.com

       Jeffrey R. Hunt
       Pa. I.D. No. 90342
       jhunt@grblaw.com

       437 Grant Street, 14th Floor
       Pittsburgh, Pa. 15219-6107
       412-281-0587