## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Eugene R. Chesick, | : | Bankruptcy Case No. 21-21229-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Eugene R. Chesick, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | Related to Claim No.: 1 |
| The Bank of New York Mellon, F/K/A The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3, | : | |
| | : | |
| Respondent. | : | |

### DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on October 21, 2021, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the proposed Plan even with the proposed change for December 1, 2021.

The new post-petition monthly payment payable to Respondent is $517.21, effective December 1, 2021, per the notice dated October 21, 2021. The Debtor's proposed Plan payment provides for a monthly payment to Carrington Mortgage Services, LLC of $520.00. Therefore, Debtor's proposed Plan remains sufficient.

Respectfully Submitted,

Date: November 4, 2021          /s/Brian C. Thompson
                                            Brian C. Thompson, Esquire
                                            Attorney for Debtor
                                            PA I.D. # 91197
                                            Thompson Law Group, P.C.
                                            125 Warrendale Bayne Road, Suite 200

(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com