## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Eugene R. Chesick, | : | Bankruptcy Case No. 21-21229-JAD |
| Debtor. | : | Chapter 13 |
| Eugene R. Chesick, | : | Document No.: |
| Movant, | : | |
| v. | : | Related to Claim No.: 1 |
| The Bank of New York Mellon, F/K/A The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3, | : | |
| Respondent. | : | |

### DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on June 22, 2022, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the proposed Mortgage Payment Change that is effective August 1, 2022.

The new post-petition monthly payment payable to Respondent is $544.48, effective August 1, 2022 per the notice dated June 22, 2022. Debtor's Plan remains sufficient.

Respectfully Submitted,

Date: July 14, 2022

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com