**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>EUGENE R. CHESICK<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:21-21229 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/19/2021 and confirmed on 07/13/2021 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,704.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,704.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,615.17 | |
|     Trustee Fee | 229.60 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,844.77 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 5,709.15 | 0.00 | 5,709.15 |
|     Acct: 6417 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 21,419.80 | 0.00 | 0.00 | 0.00 |
|     Acct: 6417 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 2,328.01 | 0.00 | 0.00 | 0.00 |
|     Acct: 1A56 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 186.64 | 0.00 | 0.00 | 0.00 |
|     Acct: 1A56 | | | | |
| | | | | 5,709.15 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EUGENE R. CHESICK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 4,400.00 | 2,615.17 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 4,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 21-21229 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   INTERNAL REVENUE SERVICE* | 2,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0121 | | | | |
|   PA DEPARTMENT OF REVENUE* | 368.03 | 0.00 | 0.00 | 0.00 |
|     Acct: 6167 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 150.08 | 0.00 | 150.08 |
|     Acct: 9892 | | | | |
| | | | | 150.08 |
| Unsecured | | | | |
|   LVNV FUNDING LLC | 648.71 | 0.00 | 0.00 | 0.00 |
|     Acct: 9832 | | | | |
|   LVNV FUNDING LLC | 427.23 | 0.00 | 0.00 | 0.00 |
|     Acct: 4136 | | | | |
|   PA DEPARTMENT OF REVENUE* | 45.47 | 0.00 | 0.00 | 0.00 |
|     Acct: 6167 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   OFFICE OF US ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 5,859.23 |
|---|---|---|

TOTAL CLAIMED
PRIORITY           2,368.03
SECURED           23,934.45
UNSECURED         1.121.41

Date: 03/08/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com